United States District Court
Northern District of Alabama

Allen Valenzuela,
   Plaintiff,

v.                                Case No. 1:09-CV-2365-JHH-HGD

Constance Reese et al.,
   Defendants

## Emergency Motion For TRO

Comes Now Allen Valenzuela pro se per Fed. R. Civ. P. 65(b) and seeks a Temporary Restraining Order.

Plaintiff is in imminent danger of death (see Attached Declaration) as a result of retaliation by the defendants who have now labeled Plaintiff a "snitch" which endangers Plaintiff exposing him to serious risk of

being murdered.

Plaintiff has sought protection, to debrief against my gang but officials refuse to protect me unless I dismiss this lawsuit.

Wherefore I seek an emergency hearing and TRO enjoining defendants from housing me near inmates who defendants know have homemade shanks at this exact time and have threatened to kill me.

Two days ago inmate Sellers was stabbed 27 times after inmates Pinson and Stevens ordered him killed.

*[signature]*
Alien Valenzuela #97830-008
FCI PO Box 1000
Talladega AL 35160
Plaintiff

## Declaration of Allen Valenzuela

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. 1746:

1. My name is Allen Valenzuela and I am an inmate confined to the Special Management Unit at the Federal Correctional Institution in Talladega, Alabama.

2. I am a member of the prison gang known as the Warrior Society. Also at FCI Talladega are 2 high ranking Warrior Society members Clifton Hamalowa and Donald Rourke.

3. On June 6, 2010 a staff member in the Special Management Unit told inmates Rourke and Hamalowa I had filed a lawsuit and "snitched on" those inmates.

4. I have attempted to obtain protection from the SIS staff and offered to debrief against my gang but was told I could not do so until I dropped my lawsuit first. They were told that inmates Hamalowa and Rourke had prison shanks and were planning to kill me.

5. Staff are placing me in danger of being murdered if I remain in contact with either inmates Hamalowa or Rourke.

6. I am in imminent danger of serious bodily harm or death.

   Executed June 11, 2010.

   *[signature]*
   Allen Valenzuela #98880-008
   FCI Talladega
   PO Box 1000
   Talladega, AL, 35160