DEAR HARWELL G DAVIS III
UNITED STATES MAGISTRATE JUDGE

FILED
2010 JUL 22 A 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE REASON FOR THIS LETTER IS TO INFORM THE COURTS THAT I NEVER FILED AN EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER CASE NO. 1:09-CV-02365-RBP-HGD (DOC #14). MY LIFE IS IN NO DANGER NOR, AM I IN A PRISON GANG CALLED THE WARRIOR SOCIETY. I ALSO NEVER OFFERED TO DEBRIEF AGAINST ANYONE NOR, ASKED FOR PROTECTION. I WAS UNAWARE OF SUCH FILING TIL I RECEIVED LETTER FROM THE COURTS. FOREMOST, I WANT THE COURTS TO BE AWARE THAT NO SUCH FILING WAS DONE BY ME.

I ALLEN VALENZUELA, ASK THAT THE COURTS ACKNOWLEDGE THIS LETTER AND THAT IT BE FILED IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION.

DONE ON THIS 15 DAY OF JULY, 2010.

SINCERELY
Allen Valenzuela